429 A.2d 741

Dombrowski v. Dombrowski, Appellant.

Argued April 16, 1980. Carol S. M. McCarthy, for appellant; Donald L. Hankey, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.